# United States District Court Violation Notice

CVB Location Code: CA43

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F4855655 | A. JAMES | A437632 |

F4855655

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 15:55 09/23/16 | PURSUANT TO 16 USC 551 + 559 36 CFR 261.54(a) |

Place of Offense: ELEPHANT ROCK TRAILHEAD

Offense Description: PARKING MORE THAN ONE VEHICLE LENGTH FROM THE EDGE OF THE ROAD SURFACE

DEFENDANT INFORMATI[redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| SMITH | RONALD | |

[redacted]

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| 1T08947 | CA | 77 | FORD | TRK | BLU |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 150 Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT → $ 180 Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: WILL BE NOTIFIED

Date (mm/dd/yyyy):

Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: NOT PRESENT FOR SIGNATURE

Original - CVB Copy

Previous edition is obsolete

FS-5300-4 (2/2016)

CVB SCAN MAR 21, 2017 09:23

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on SEPTEMBER 23, 20 16 while exercising my duties as a law enforcement officer in the EASTERN District of CALIFORNIA

While patrolling Elephant Rock Lake Trailhead area on lands administered by the United States Forest Service, I observed an unoccupied blue Ford truck with CA license plate 1T08947 parked behind a barrier of boulders at the end of the trailhead parking area. The truck was also more than one car length from the road surface. I called Stanislaus Dispatch for owner information and was told the registered owner was RONALD SMITH of WALLACE, CALIFORNIA. I issued **RONALD SMITH** citation number F4855655 for 36CFR261.54(a) "Parking more than one vehicle length from the edge of the road surface" and placed it on the truck's windshield.

The foregoing statement is based upon:

X my personal observation

my personal investigation

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/23/16 Date (mm/dd/yyyy) — Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______ Date (mm/dd/yyyy) — U.S. Magistrate Judge

CVB SCAN MAR 21, 2017 09:23